[Nos. 22085-7-II; 23499-8-II.   Division Two.   September 14, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN EGGLESTON, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 95-1-04883-0, Wm. Thomas McPhee and Leonard W. Kruse, JJ., entered June 12, 1997. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 25395-0-II.   Division Two.   September 14, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINE M. BLUEBACK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00197-4, James B. Sawyer II, J., entered December 2, 1999. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater, J.; Seinfeld, J., concurring separately.

[No. 25443-3-II.   Division Two.   September 14, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY W. NORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 99-1-00145-7, William E. Howard, J., entered December 9, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.